# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLOYD BERNARD, | |
| Plaintiff-, | NO. 3:15-CV-01802 |
| v. | (JUDGE CAPUTO) |
| K&D FACTORY SERVICE, INC., | |
| Defendant-. | |

## ORDER

**NOW**, this 9th day of January, 2018, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment (Doc. 18) filed by Defendant K&D Factory Service, Inc. is **DENIED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge